IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISON

| | | |
|---|---|---|
| AMBER DAWN KNAPP, | ) | Civil Action No. 4:21-cv-00307-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that the decision of the Commissioner is VACATED and this case is remanded to the Defendant for further proceedings. Upon Remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an Administrative Law Judge to further evaluate Plaintiff's claim.

This remand is Ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

July 9, 2021
Florence, South Carolina